**Motion Granted; Order filed October 17, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00622-CV

———————

## IN THE INTEREST OF J.J. AND T.J., CHILDREN

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2018-03941J**

---

## ORDER

Appellant is represented by appointed counsel, Donald M. Crane. Appellant's brief was originally due September 23, 2019. We granted an extension of time to file appellant's brief until October 15, 2019. When we granted this extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On October 14, 2019, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief. We grant the request and issue the following order.

Accordingly, we order Donald M. Crane to file a brief with the clerk of this court on or before **October 22, 2019**. If Donald M. Crane does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.